

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-19-00077-CV

IN RE TORI BROOKE PATRICK, RELATOR

OPINION ON ORIGINAL PROCEEDING FOR WRIT OF MANDAMUS

February 26, 2019

MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Relator, Tori Brooke Patrick, asks that this court "issue [a] writ of mandamus to the Sheriff of Randall County, Texas, ordering and directing him to immediately effect transfer of [Relator] to the Texas Department of Criminal Justice for execution of sentence." We dismiss.

Our original jurisdiction to issue writs of mandamus is limited to issuing writs directed at certain judges and issuing writs to enforce our jurisdiction. TEX. GOV'T CODE ANN. § 22.221(b) (West Supp. 2018); *In re Lee*, No. 07-18-00217-CV, 2017 Tex. App. LEXIS 11700, at *2 (Tex. App.—Amarillo Dec. 14, 2017, orig. proceeding) (per curiam) (mem. op.). A county sheriff does not fall within the former category. *See In re Griggs*, No. 06-15-00096-CV, 2015 Tex. App. LEXIS 5799, at *1 (Tex. App.—Texarkana June 10,

2015, orig. proceeding) (mem. op.). Furthermore, nothing in Relator's petition indicates that the county sheriff in question is undertaking measures that interfere with our jurisdiction over a proceeding pending in this court. Consequently, we lack jurisdiction over Relator's petition for writ of mandamus and dismiss it for that reason.


Per Curiam